IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DANIEL DICLEMENTI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CASE NO: 5:17-cv-01271-FB |
| USAA FEDERAL SAVINGS BANK, | § | |
| Defendant. | § | |
| | § | |

<u>STIPULATION OF DISMISSAL</u>

Plaintiff files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Daniel Diclementi; Defendant is USAA Federal Savings Bank.

2. On May 1, 2017, Plaintiff sued Defendants in Denton County Court at Law #2 in Denton County, Texas. On July 7, 2017, Defendant Viking Client Services filed a Notice of Removal from Denton County Court at Law #2 to the U.S. District Court, Eastern District of Texas, Sherman Division. On December 14, 2017, the U.S. District Judge transferred the case to the U.S. District Court, Western District of Texas, San Antonio Division. On January 12, 2018, Plaintiff, dismissed only Defendants Viking Client Services, Inc. and Client Services, Inc.

3. Plaintiff moves to dismiss the suit.

4. Defendant, USAA Federal Savings Bank has served an answer and agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7.     This case is not governed by any federal statute that requires a court order for dismissal of the case.

8.     Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9.     This dismissal is with prejudice.

Respectfully submitted,

/s/ Amy E. Clark
Amy E. Clark
State of Texas Bar Number: 24043761
Amy Clark Law
11801 Domain Blvd, 3rd Floor
Austin, TX 78758
Phone: (512) 850-5290
Fax:      (626) 737-6030
amy@amyclarklaw.com
Attorney for Plaintiff

OF COUNSEL TO:
Reznik Law Firm
30 Wall St., 8th Floor, #741
New York, NY 10005
212-537-9276 – Telephone
877-366-4747 – Facsimile

ATTORNEYS FOR PLAINTIFF

AGREED TO BY:


/s/ Amy E. Clark
Amy E. Clark
State of Texas Bar Number: 24043761
Amy Clark Law
11801 Domain Blvd, 3rd Floor
Austin, TX 78758
Phone: (512) 850-5290
Fax: (626) 737-6030
amy@amyclarklaw.com

OF COUNSEL TO:
Reznik Law Firm
30 Wall St., 8th Floor, #741
New York, NY 10005
212-537-9276 – Telephone
877-366-4747 – Facsimile
*Attorney for Plaintiff*



/s/ Theodore C. Schultz
Theodore C. Schultz, Esquire
State of Texas Bar Number: 00797393
One Riverwalk Place
700 North St. Mary's Street, Suite 1700
San Antonio, TX 78205
(210) 227-2200 (telephone)
(210 227-4602 (facsimile)
tschultz@lstlaw.com
*Attorney for Defendant USAA Federal Savings Bank*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 30th day of May 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Theodore C. Schultz, Esquire
One Riverwalk Place
700 North St. Mary's Street, Suite 1700
San Antonio, TX 78205
tschultz@lstlaw.com
*Attorney for Defendant USAA Federal Savings Bank*

<u>/s/ Amy E. Clark</u>
Amy E. Clark
Attorney for the Plaintiff